**LIST OF EXHIBITS**

EXHIBIT A: Subpoena Ad Testificandum and Subpoena Duces Tecum, dated January 11, 2016

EXHIBIT B: E-mails between Defendant Joseph Scaretta's counsel and Plaintiff Secretary of Labor's counsel, dated February 1, 2017 to February 17, 2017

EXHIBIT C: E-mail and letter from Plaintiff Secretary of Labor's counsel to Defendant Joseph Scaretta, dated February 20, 2017 to February 22, 2017

EXHIBIT D: E-mails between Defendant Joseph Scaretta and Plaintiff Secretary of Labor's counsel, dated February 22, 2017 to February 28, 2017

EXHIBIT E: E-mail from Defendant Joseph Scaretta to Plaintiff Secretary of Labor's counsel, dated March 10, 2017